IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SALAM ALJAWAD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 11-4321 |
| SALAM MAJEED, et al. | : | |

## **ORDER**

AND NOW, this       30th       day of January, 2013, judgment is entered in favor of plaintiff Salam Aljawad and against defendant Salam Majeed in the amount of $24,093.75.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.