IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SALAM ALJAWAD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 11-4321 |
| SALAM MAJEED, et al. | : | |

**ORDER**

AND NOW, this 4th day of December, 2013:

1. Plaintiff's March 28, 2013 request for relief (doc. no. 30) is denied.

2. Defendant Salam Majeed's April 11, 2013 request for relief (doc. no. 31) is denied.

3. Plaintiff's October 8, 2013 request for conference (doc. no. 36) is denied as moot, a conference having been held on November 26, 2013.

4. The January 30, 2013 judgment is vacated inasmuch as it did not dispose of all outstanding claims. *See* doc. no. 25.

5. Judgment is entered against Salam Majeed in the amount of $24,093.75 for the reasons set forth in the January 30, 2013 memorandum, doc. no. 24. All remaining claims contained in the complaint are dismissed with prejudice.

A memorandum accompanies this order.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.